B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fort, Raynel** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Fort, Yusimi** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Raynel Fort Vega** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Yusimi Conde** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **9260** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **4333** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7050 W 2nd Lane**<br>**Hialeah, FL**<br>ZIPCODE **33014-5314** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**7050 W 2nd Lane**<br>**Hialeah, FL**<br>ZIPCODE **33014-5314** |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business:<br>**Miami-Dade** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ]<br>1-49 | [x]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1,000-<br>5,000 | [ ]<br>5,001-<br>10,000 | [ ]<br>10,001-<br>25,000 | [ ]<br>25,001-<br>50,000 | [ ]<br>50,001-<br>100,000 | [ ]<br>Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ]<br>$0 to<br>$50,000 | [ ]<br>$50,001 to<br>$100,000 | [x]<br>$100,001 to<br>$500,000 | [ ]<br>$500,001 to<br>$1 million | [ ]<br>$1,000,001<br>to $10 million | [ ]<br>$10,000,001<br>to $50 million | [ ]<br>$50,000,001<br>to $100 million | [ ]<br>$100,000,001<br>to $500 million | [ ]<br>$500,000,001<br>to $1 billion | [ ]<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ]<br>$0 to<br>$50,000 | [ ]<br>$50,001 to<br>$100,000 | [x]<br>$100,001 to<br>$500,000 | [ ]<br>$500,001 to<br>$1 million | [ ]<br>$1,000,001<br>to $10 million | [ ]<br>$10,000,001<br>to $50 million | [ ]<br>$50,000,001<br>to $100 million | [ ]<br>$100,000,001<br>to $500 million | [ ]<br>$500,000,001<br>to $1 billion | [ ]<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (12/11)                                                                                           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Fort, Raynel & Fort, Yusimi** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **/s/ Timothy S. Kingcade, Esq.**           **8/30/12**<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                    Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Fort, Raynel & Fort, Yusimi** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Raynel Fort**
_____
Signature of Debtor                                      **Raynel Fort**

X **/s/ Yusimi Fort**
_____
Signature of Joint Debtor                              **Yusimi Fort**

_____
Telephone Number (If not represented by attorney)
**August 30, 2012**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

X **/s/ Timothy S. Kingcade, Esq.**
_____
Signature of Attorney for Debtor(s)

**Timothy S. Kingcade, Esq. 082309
Kingcade & Garcia, P.A.
1370 Coral Way
Miami, FL  33145-2960**

**Kingcadeserve @bellsouth.net**

**August 30, 2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                    Case No. _____

**Fort, Raynel** _____   Chapter **7** _____
                              Debtor(s)

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE**
**CREDIT COUNSELING REQUIREMENT**

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Raynel Fort** _____

Date: **August 30, 2012** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                                  Case No. _____

Fort, Yusimi _____   Chapter **7** _____

                           Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *__/s/ Yusimi Fort_____*

Date: **August 30, 2012** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                                              Case No. _____

Fort, Raynel & Fort, Yusimi _____   Chapter **7** _____
                                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 107,470.00 | | |
| B - Personal Property | Yes | 3 | $ 5,867.67 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 116,290.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $ 56,226.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 12,210.13 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 12,209.10 |
| | TOTAL | 27 | $ 113,337.67 | $ 172,516.31 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                    Case No. _____

Fort, Raynel & Fort, Yusimi                                              Chapter **7** _____
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ **0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 12,210.13 |
| Average Expenses (from Schedule J, Line 18) | $ 12,209.10 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,058.37 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 8,180.13 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 56,226.18 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 64,406.31 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Fort, Raynel & Fort, Yusimi _____   Case No. _____
                    Debtor(s)                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **7050 W 2nd Ln Hialeah, FL 33014 Debtors' homestead: Townhouse Purchased: June 2010** | **Tenancy by the Entirety** | **J** | **107,470.00** | **109,308.00** |
| | | **TOTAL** | **107,470.00** | |

(Report also on Summary of Schedules)

IN RE <u>Fort, Raynel & Fort, Yusimi</u> _____   Case No. _____
                    Debtor(s)                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | J | **20.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Acct #3346** | W | **1,024.01** |
| | | **Bank of America Checking Acct #4748** | H | **17.13** |
| | | **Bank of America Savings Acct #5850** | H | **4.18** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **1 dining room set and 1 bedroom set Secured with El Dorado for $4,183 To Be Redeemed** | W | **430.00** |
| | | **1 living room set Secured with GE/rtg for $2,798 To Be Redeemed** | W | **210.00** |
| | | **Misc. Household Goods Based on Inventory** | J | **400.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Misc. Clothing** | J | **200.00** |
| 7.  Furs and jewelry. | | **Misc. Jewelry Based on Inventory list** | J | **255.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) - Cont.**

**IN RE** Fort, Raynel & Fort, Yusimi _____ Case No. _____

Debtor(s)                                                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K**<br>**John Hancock** | W | 2,510.35 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% A-Quality Flooring Services, Inc.**<br>**Assets:**<br>**Bank of America Checking Acct #7565 = $947.12**<br>**Misc. Tools = $300**<br>**Inventory: None (Service)**<br>**Accounts Receivable: None**<br>**Liabilities:$26,354 (included on Schs F and H)** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Chevrolet G-Series 1500**<br>**Estimated mileage: 210,000**<br>**Based on Inventory list** | J | 287.00 |
| | | **1998 Chevrolet G-Series 1500** | H | 510.00 |

B6B (Official Form 6B) (12/07) – Cont.

IN RE Fort, Raynel & Fort, Yusimi                                    Case No. _____
                      Debtor(s)                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Estimated mileage: 200,000** <br> **Based on KBB Report** | | |
| 26.   Boats, motors, and accessories. | X | | | |
| 27.   Aircraft and accessories. | X | | | |
| 28.   Office equipment, furnishings, and supplies. | X | | | |
| 29.   Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.   Inventory. | X | | | |
| 31.   Animals. | X | | | |
| 32.   Crops - growing or harvested. Give particulars. | X | | | |
| 33.   Farming equipment and implements. | X | | | |
| 34.   Farm supplies, chemicals, and feed. | X | | | |
| 35.   Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 5,867.67 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

**IN RE** Fort, Raynel & Fort, Yusimi _____    Case No. _____

Debtor(s)

(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **7050 W 2nd Ln Hialeah, FL 33014**<br>**Debtors' homestead: Townhouse**<br>**Purchased: June 2010** | **Art. X, §4(a)(1), FSA §§ 222.01, 222.02** | **100%** | **107,470.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **Art X § 4(a)(2)** | **20.00** | **20.00** |
| **Bank of America Checking Acct #3346** | **Art X § 4(a)(2)** | **1,024.01** | **1,024.01** |
| **Bank of America Checking Acct #4748** | **Art X § 4(a)(2)** | **13.00** | **17.13** |
| **Bank of America Savings Acct #5850** | **Art X § 4(a)(2)** | **4.18** | **4.18** |
| **Misc. Household Goods**<br>**Based on Inventory** | **Art X § 4(a)(2)** | **400.00** | **400.00** |
| **Misc. Clothing** | **Art X § 4(a)(2)** | **200.00** | **200.00** |
| **Misc. Jewelry**<br>**Based on Inventory list** | **Art X § 4(a)(2)** | **255.00** | **255.00** |
| **401K**<br>**John Hancock** | **FSA § 222.21(2)** | **2,510.35** | **2,510.35** |
| **1997 Chevrolet G-Series 1500**<br>**Estimated mileage: 210,000**<br>**Based on Inventory list** | **FSA § 222.25(1)** | **287.00** | **287.00** |
| **1998 Chevrolet G-Series 1500**<br>**Estimated mileage: 200,000**<br>**Based on KBB Report** | **FSA § 222.25(1)** | **510.00** | **510.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **Fort, Raynel & Fort, Yusimi**                                    Case No. _____
                        Debtor(s)                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **222351150** <br><br>**Bank Of America, N.a.** <br>**450 American St** <br>**Simi Valley, CA  93065** | | J | **Mortgage Loan 06/10-05/12** <br><br><br><br>VALUE $ **107,470.00** | | | | **109,308.00** | **1,838.00** |
| ACCOUNT NO. <br><br>**Bank Of America, N.A.** <br>**NY7-501-02-07** <br>**5701 Horatio St** <br>**Utica, NY  13502-1024** | | | **Assignee or other notification for:** <br>**Bank Of America, N.a.** <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. **5774421050662015** <br><br>**Eldorado Frn** <br>**Cscl Dispute Team** <br>**Des Moines, IA  50306** | | W | **Revolving Credit Card 09/10-09/11** <br>**1 dining room set and 1 bedroom set** <br><br><br>VALUE $ **430.00** | | | | **4,183.22** | **3,753.22** |
| ACCOUNT NO. <br><br>**Eldorado Frn** <br>**BANKRUPTCY** <br>**4137 121st St** <br>**Urbandale, IA  50323** | | | **Assignee or other notification for:** <br>**Eldorado Frn** <br><br><br>VALUE $ | | | | | |

    **1** continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | $ **113,491.22** | $ **5,591.22** |
| Total <br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Fort, Raynel & Fort, Yusimi** _____    Case No. _____
                        Debtor(s)                                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6019191204715992** <br><br>**Gecrb/rooms To Go** <br>**Po Box 981439** <br>**El Paso, TX  79998** | | W | **Revolving Credit Card 06/11** <br>**1 living room set** <br><br><br> VALUE $ **210.00** | | | | **2,798.91** | **2,588.91** |
| ACCOUNT NO. <br><br>**Gecrb/rooms To Go** <br>**ATTN: BANKRUPTCY** <br>**Po Box 103104** <br>**Roswell, GA  30076** | | | **Assignee or other notification for:** <br>**Gecrb/rooms To Go** <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br><br> | | | <br><br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br><br> | | | <br><br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br><br> | | | <br><br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br><br> | | | <br><br><br><br> VALUE $ | | | | | |

Sheet no. _____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **2,798.91** | $ **2,588.91** |
| Total (Use only on last page) | $ **116,290.13** | $ **8,180.13** |

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Fort, Raynel & Fort, Yusimi** _____    Case No. _____
                        Debtor(s)                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Fort, Raynel & Fort, Yusimi _____   Case No. _____
<br>
Debtor(s)                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6019170107135904**<br><br>**Allied Interstate Inc**<br>**3000 Corporate Exchange Dr**<br>**Columbus, OH 43231** | | W | **Collection Agency for Gecrb/brandsmart (5904)**<br>**11/10** | | X | | **1.00** |
| ACCOUNT NO.<br><br>**Gecrb/brandsmart**<br>**PO Box 965036**<br>**Orlando, FL 32896-0001** | | | **Assignee or other notification for:**<br>**Allied Interstate Inc** | | | | |
| ACCOUNT NO. **128594924**<br><br>**American Honda Finance**<br>**1235 Old Alpharetta Rd**<br>**Alpharetta, GA 30005** | X | J | **Auto Repo 04/10-01/12**<br>**Joint with business**<br>**account in collection** | | | | **4,156.25** |
| ACCOUNT NO. **99565420**<br><br>**American Honda Finance**<br>**1235 Old Alpharetta Rd**<br>**Alpharetta, GA 30005** | | W | **Auto Loan 05/10**<br>**$0 Balance on Credit Report** | | X | | **1.00** |

**14** continuation sheets attached

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ **4,158.25** |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi**                                        Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **67118052**<br><br>**American Honda Finance<br>1235 Old Alpharetta Rd<br>Alpharetta, GA  30005** | | W | **Auto Loan 04/08<br>$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **523215887269**<br><br>**AT&T Mobility<br>PO Box 536216<br>Atlanta, GA  30353-6216** | | W | **Services Rendered 02/12** | | | | 1,300.00 |
| ACCOUNT NO. **4264-2856-2072-8865**<br><br>**Bank Of America<br>Po Box 982238<br>El Paso, TX  79998** | | H | **Revolving Credit Card 10/09-07/12** | | | | 2,741.00 |
| ACCOUNT NO.<br><br>**Bank Of America, N.A.<br>NY7-501-02-07<br>5701 Horatio St<br>Utica, NY  13502-1024** | | | **Assignee or other notification for:<br>Bank Of America** | | | | |
| ACCOUNT NO. **4888-9380-1711-2947**<br><br>**Bank Of America<br>Po Box 982238<br>El Paso, TX  79998** | | J | **Revolving Credit Card 05/11<br>$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO.<br><br>**Bank Of America<br>ATTENTION: RECOVERY DEPARTMENT<br>4161 Peidmont Pkwy.<br>Greensboro, NC  27410** | | | **Assignee or other notification for:<br>Bank Of America** | | | | |
| ACCOUNT NO. **5490-3580-6160-8301**<br><br>**Bank Of America<br>Po Box 982238<br>El Paso, TX  79998** | | J | **Revolving Credit Card 05/11<br>$0 Balance on Credit Report** | X | | | 1.00 |

Sheet no. __**1**__ of __**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,044.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi**                                          Case No. _____
         Debtor(s)                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1916479**<br>**Baptist Hospital of Miami**<br>**C/O Pollack & Rosen, PA**<br>**800 Douglas Rd N Tower Ste 450**<br>**Miami, FL  33166-9432** | | W | **Medical Services 11/10** | | | | **50.00** |
| ACCOUNT NO.<br>**Baptist Hospital Of Miami**<br>**PO Box 25333**<br>**Miami, FL  33102-5333** | | | **Assignee or other notification for:**<br>**Baptist Hospital of Miami** | | | | |
| ACCOUNT NO. **120005823305**<br>**Cach, Llc**<br>**4340 S Monaco St Unit 2**<br>**Denver, CO  80237** | | W | **Collection Agency for Chase (4911) 05/11-07/12** | | | X | **1.00** |
| ACCOUNT NO.<br>**Cach, Llc**<br>**ATTENTION: BANKRUPTCY**<br>**4340 South Monaco St.  2nd Floor**<br>**Denver, CO  80237** | | | **Assignee or other notification for:**<br>**Cach, Llc** | | | | |
| ACCOUNT NO.<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | | **Assignee or other notification for:**<br>**Cach, Llc** | | | | |
| ACCOUNT NO. **120006384081**<br>**Cach, Llc**<br>**4340 S Monaco St Unit 2**<br>**Denver, CO  80237** | | W | **Collection Agency for Gecrb/jcp (2606) 06/11-07/12** | | | X | **1.00** |
| ACCOUNT NO.<br>**Cach, Llc**<br>**ATTENTION: BANKRUPTCY**<br>**4340 South Monaco St.  2nd Floor**<br>**Denver, CO  80237** | | | **Assignee or other notification for:**<br>**Cach, Llc** | | | | |

Sheet no. **2** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **52.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi** _____   Case No. _____
<br>Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br>**Gecrb/jcp** <br>**Po Box 965005** <br>**Orlando, FL  32896** | | | Assignee or other notification for: <br>Cach, Llc | | | | |
| **ACCOUNT NO. 4115-0770-0285-3580** <br>**Cap One** <br>**Po Box 85520** <br>**Richmond, VA  23285** | X | H | **Revolving Credit Card 04/08-07/12** <br>**Business debt** | | | | **1,072.00** |
| **ACCOUNT NO.** <br>**Cap One** <br>**CAPITAL ONE BANK (USA) N.A.** <br>**Po Box 30285** <br>**Salt Lake City, UT  84130** | | | Assignee or other notification for: <br>Cap One | | | | |
| **ACCOUNT NO. 4862-3671-2090-7565** <br>**Cap One** <br>**Po Box 85520** <br>**Richmond, VA  23285** | | H | **Revolving Credit Card 10/07-07/12** | | | | **769.00** |
| **ACCOUNT NO.** <br>**Cap One** <br>**CAPITAL ONE BANK (USA) N.A.** <br>**Po Box 30285** <br>**Salt Lake City, UT  84130** | | | Assignee or other notification for: <br>Cap One | | | | |
| **ACCOUNT NO. 4266-8411-6075-7710** <br>**Chase** <br>**Po Box 15298** <br>**Wilmington, DE  19850** | | H | **Revolving Credit Card 12/10** <br>**$0 Balance on Credit Report** | | | X | **1.00** |
| **ACCOUNT NO. 5418-2247-1150-8391** <br>**Chase** <br>**Po Box 15298** <br>**Wilmington, DE  19850** | | H | **Revolving Credit Card 11/10** <br>**$0 Balance on Credit Report** | | | X | **1.00** |

Sheet no. **3** of **14** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ **1,843.00**

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi**_____     Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4185-5599-0054-4911**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | W | **Revolving Credit Card 11/02-05/11**<br>**Acct in collection** | | | | **9,254.00** |
| ACCOUNT NO. **xxx-xx-9260 xxx-xx-4333**<br>**Child Support Enforcement**<br>**PO Box 8030**<br>**Tallahassee, FL 32314-8030** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **4621-2000-6928-7685**<br>**Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117-6241** | | W | **Revolving Credit Card 02/12**<br>**Acct in collection** | | | | **12,266.70** |
| ACCOUNT NO. **xxxx-xxxx-xxxx-0151**<br>**Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117-6241** | X | H | **Revolving Credit Card 03/12**<br>**Business debt** | | | | **6,071.67** |
| ACCOUNT NO. **12-3132-SP-05**<br>**David M. Greenbaum, Esq.**<br>**Racquel A. White, Esq.**<br>**140 Corporate Blvd**<br>**Norfolk, VA 23502-4952** | | | **Attorney for Plaintiff Gecrb/brandsmart - Portfolio Recvry And Affil (5904) 02/12** | | | X | **1.00** |
| ACCOUNT NO.<br>**Gecrb/brandsmart**<br>**PO Box 965036**<br>**Orlando, FL 32896-0001** | | | **Assignee or other notification for:**<br>**David M. Greenbaum, Esq.** | | | | |
| ACCOUNT NO.<br>**Portfolio Recvry And Affil**<br>**120 Corporate Blvd Ste 1**<br>**Norfolk, VA 23502** | | | **Assignee or other notification for:**<br>**David M. Greenbaum, Esq.** | | | | |

Sheet no. ___**4**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **27,593.37**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi**                                    Case No. _____
_____
                    Debtor(s)                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-9260 xxx-xx-4333**<br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **4764021225620**<br>**Dsnb Macys**<br>**Po Box 8218**<br>**Mason, OH  45040** | | W | **Revolving Credit Card 07/12**<br>**$0 Balance on Credit Report** | | | X | **1.00** |
| ACCOUNT NO. **4794063526420**<br>**Dsnb Macys**<br>**Po Box 8218**<br>**Mason, OH  45040** | | H | **Revolving Credit Card 06/12**<br>**$0 Balance on Credit Report** | | | X | **1.00** |
| ACCOUNT NO. **5466881**<br>**Equable Ascent Financi**<br>**1120 West  Lake Cook Rd Ste B**<br>**Buffalo Grove, IL  60089** | | W | **Collection Agency for Gecrb/jcp (2606) 06/11** | | | X | **1.00** |
| ACCOUNT NO.<br>**Gecrb/jcp**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | | **Assignee or other notification for:**<br>**Equable Ascent Financi** | | | | |
| ACCOUNT NO. **xxx-xx-9260 xxx-xx-4333**<br>**Equifax**<br>**PO Box 740241**<br>**Atlanta, GA  30374-0241** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **xxx-xx-9260 xxx-xx-4333**<br>**Experian**<br>**PO Box 2002**<br>**Allen, TX  75013-2002** | | | **Notice Only** | | | | **0.00** |

Sheet no. **5** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi**                                         Case No. _____
            Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **EAI652**<br><br>**Financial Recovery Services, Inc.**<br>**PO Box 385908**<br>**Minneapolis, MN  55438-5908** | | W | **Collection Agency for Gecrb/jcp (2606) 07/11** | X | | | **1.00** |
| ACCOUNT NO.<br><br>**Gecrb/jcp**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | | **Assignee or other notification for:**<br>**Financial Recovery Services, Inc.** | | | | |
| ACCOUNT NO. **xxx-xx-9260 xxx-xx-4333**<br><br>**Florida Department Of Revenue**<br>**PO Box 6668**<br>**Tallahassee, FL  32314-6668** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **7981924104086871**<br><br>**GC Services Limited Partnership**<br>**6330 Gulfton St**<br>**Houston, TX  77081-1108** | | H | **Collection Agency for Gecrb/lowes (6871) 03/12** | X | | | **1.00** |
| ACCOUNT NO.<br><br>**Gecrb/lowes**<br>**Po Box 956005**<br>**Orlando, FL  32896** | | | **Assignee or other notification for:**<br>**GC Services Limited Partnership** | | | | |
| ACCOUNT NO. **6008895309192606**<br><br>**GC Services Limited Partnership**<br>**6330 Gulfton St**<br>**Houston, TX  77081-1108** | | W | **Collection Agency for Gecrb/jcp (2606) 01/11** | X | | | **1.00** |
| ACCOUNT NO.<br><br>**Gecrb/jcp**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | | **Assignee or other notification for:**<br>**GC Services Limited Partnership** | | | | |

Sheet no. ___**6**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     **3.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi** _____    Case No. _____
Debtor(s)
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6019170107135904**<br><br>Gecrb/brandsmart<br>Po Box 965036<br>Orlando, FL  32896 | | W | Revolving Credit Card 09/04-05/11<br>Acct in collection<br>Plaintiff in Lawsuit Case No. 12-3132-SP-05 | | | | 5,316.00 |
| ACCOUNT NO.<br><br>Gecrb/brandsmart<br>ATTENTION:  BANKRUPTCY<br>Po Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Gecrb/brandsmart | | | | |
| ACCOUNT NO. **6008895309192606**<br><br>Gecrb/jcp<br>Po Box 965005<br>Orlando, FL  32896 | | W | Revolving Credit Card 12/03-06/11<br>Acct in collection | | | | 2,989.86 |
| ACCOUNT NO.<br><br>Gecrb/jcp<br>ATTENTION:  BANKRUPTCY<br>Po Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Gecrb/jcp | | | | |
| ACCOUNT NO. **6008895300628921**<br><br>Gecrb/jcp<br>Po Box 965005<br>Orlando, FL  32896 | | W | Revolving Credit Card 06/12<br>$0 Balance on Credit Report | | | X | 1.00 |
| ACCOUNT NO.<br><br>Gecrb/jcp<br>ATTENTION:  BANKRUPTCY<br>Po Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Gecrb/jcp | | | | |
| ACCOUNT NO. **7981924104086871**<br><br>Gecrb/lowes<br>P.o. Box 965005<br>Orlando, FL  32896 | | H | Revolving Credit Card 10/11-07/12<br>Acct in collection | | | | 943.00 |

Sheet no. ____**7**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,249.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Fort, Raynel & Fort, Yusimi**                                    Case No. _____
_____
                    Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Gecrb/lowes** <br> **ATTENTION: BANKRUPTCY DEPARTMENT** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | | Assignee or other notification for: Gecrb/lowes | | | | |
| ACCOUNT NO. **7981924103963633** <br> **Gecrb/lowes** <br> **P.o. Box 965005** <br> **Orlando, FL 32896** | | W | Revolving Credit Card 07/12 Acct in collection | | | | 789.95 |
| ACCOUNT NO. <br> **Gecrb/lowes** <br> **ATTENTION: BANKRUPTCY DEPARTMENT** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | | Assignee or other notification for: Gecrb/lowes | | | | |
| ACCOUNT NO. **7981924107760340** <br> **Gecrb/lowes** <br> **P.o. Box 965005** <br> **Orlando, FL 32896** | | J | Revolving Credit Card 07/12 $0 Balance on Credit Report | | | X | 1.00 |
| ACCOUNT NO. <br> **Gecrb/lowes** <br> **ATTENTION: BANKRUPTCY DEPARTMENT** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | | Assignee or other notification for: Gecrb/lowes | | | | |
| ACCOUNT NO. **6018596208619738** <br> **Gecrb/old Navy** <br> **Po Box 965005** <br> **Orlando, FL 32896** | | W | Revolving Credit Card 06/12 $0 Balance on Credit Report | | | X | 1.00 |
| ACCOUNT NO. <br> **Gecrb/old Navy** <br> **ATTENTION: GEMB** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | | Assignee or other notification for: Gecrb/old Navy | | | | |

Sheet no. __**8**__ of __**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **791.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi** _____  Case No. _____
                          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6019193502249773** <br><br> **Gecrb/rooms To Go** <br> **950 Forrer Blvd** <br> **Kettering, OH  45420** | | W | **Revolving Credit Card 06/12** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **5046620220286389** <br><br> **Gecrb/whitehall** <br> **Po Box 965036** <br> **Orlando, FL  32896** | | W | **Revolving Credit Card 01/05** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. <br><br> **Gecrb/whitehall** <br> **ATTENTION:  BANKRUPTCY** <br> **Po Box 103104** <br> **Roswell, GA  30076** | | | **Assignee or other notification for:** <br> **Gecrb/whitehall** | | | | |
| ACCOUNT NO. **7021272169579559** <br><br> **Hsbc/bsbuy** <br> **Po Box 5253** <br> **Carol Stream, IL  60197** | | W | **Revolving Credit Card 08/10-07/11** <br> **Not longer in possession of Debtor** | | | | **1,125.97** |
| ACCOUNT NO. **xxx-xx-9260 xxx-xx-4333** <br><br> **Internal Revenue Service** <br> **PO Box 21126** <br> **Philadelphia, PA  19114-0326** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **120005823305** <br><br> **J.A. Cambece Law Office, P.C.** <br> **200 Cummings Center Ste 173-D** <br> **Beverly, MA  01915** | | W | **Collection Agency for Chase (4911) 03/12** | X | | | **1.00** |
| ACCOUNT NO. <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE  19850-5298** | | | **Assignee or other notification for:** <br> **J.A. Cambece Law Office, P.C.** | | | | |

Sheet no. ___**9**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **1,128.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Fort, Raynel & Fort, Yusimi</u>                                    Case No. _____
             Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **16222879**<br>**Leading Edge Recovery Solutions**<br>**5440 N Cumberland Ave Ste 300**<br>**Chicago, IL  60656-1486** | | W | **Collection Agency for Gecrb/jcp (2606) 01/12** | X | | | 1.00 |
| ACCOUNT NO.<br>**Gecrb/jcp**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | | **Assignee or other notification for:**<br>**Leading Edge Recovery Solutions** | | | | |
| ACCOUNT NO. **17537045**<br>**Leading Edge Recovery Solutions, LLC**<br>**5440 N. Cumberland Ave., #300**<br>**Chicago, IL  60656-1490** | X | J | **Collection Agency for American Honda Finance** | | | | 1.00 |
| ACCOUNT NO.<br>**American Honda Finance**<br>**1235 Old Alpharetta Rd**<br>**Alpharetta, GA  30005** | | | **Assignee or other notification for:**<br>**Leading Edge Recovery Solutions, LLC** | | | | |
| ACCOUNT NO. **21923924**<br>**McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Cleveland, OH  44146** | | W | **Collection Agency for Thd/cbna (3116) 09/11** | X | | | 1.00 |
| ACCOUNT NO.<br>**Thd/cbna**<br>**PO Box 6497**<br>**Sioux Falls, SD  57117-6497** | | | **Assignee or other notification for:**<br>**McCarthy, Burgess & Wolff** | | | | |
| ACCOUNT NO. **2023340302**<br>**Miami-Dade Transport & Recovery, Inc**<br>**10773 NW 58th St Ste 66**<br>**Miami, FL  33178** | | | **Services Rendered 12/11** | | | | 85.00 |

Sheet no. ____**10**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            Subtotal<br>(Total of this page) $     **88.00**

                                 Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi** _____    Case No. _____
Debtor(s)
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **47295249**<br><br>**Nelnet Loans**<br>**6420 Southpoint Pkwy**<br>**Jacksonville, FL  32216** | | W | **Student Loan 09/08**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO.<br><br>**Nelnet Loans**<br>**ATTN: CLAIMS**<br>**Po Box 17460**<br>**Denver, CO  80217** | | | **Assignee or other notification for:**<br>**Nelnet Loans** | | | | |
| ACCOUNT NO. **6019170107135904**<br><br>**Portfolio Recvry And Affil**<br>**120 Corporate Blvd Ste 1**<br>**Norfolk, VA  23502** | | W | **Collection Agency for Gecrb/brandsmart (5904) 05/11-07/12**<br>**Plaintiff in Lawsuit Case No. 12-3132-SP-05** | X | | | **1.00** |
| ACCOUNT NO.<br><br>**Gecrb/brandsmart**<br>**PO Box 965036**<br>**Orlando, FL  32896-0001** | | | **Assignee or other notification for:**<br>**Portfolio Recvry And Affil** | | | | |
| ACCOUNT NO.<br><br>**Portfolio Recvry And Affil**<br>**ATTN: BANKRUPTCY**<br>**Po Box 41067**<br>**Norfolk, VA  23541** | | | **Assignee or other notification for:**<br>**Portfolio Recvry And Affil** | | | | |
| ACCOUNT NO. **GEC1483251**<br><br>**Professional Bureau of Coll of MD, Inc.**<br>**PO Box 628**<br>**Elk Grove, CA  95759-0628** | | W | **Collection Agency for Gecrb/lowes (3633) 07/11** | X | | | **1.00** |
| ACCOUNT NO.<br><br>**Gecrb/lowes**<br>**Po Box 956005**<br>**Orlando, FL  32896** | | | **Assignee or other notification for:**<br>**Professional Bureau of Coll of MD, Inc.** | | | | |

Sheet no. __**11**__ of __**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)   $ <b>3.00</b>

Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi**                                    Case No. _____
                        Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ADS168252**<br>**Professional Bureau of Coll of MD, Inc.**<br>**PO Box 628**<br>**Elk Grove, CA  95759-0628** | | W | **Collection Agency for Wfnnb/victorias Secret (1941) 02/12** | X | | | **1.00** |
| ACCOUNT NO.<br>**Wfnnb/victorias Secret**<br>**Po Box 182128**<br>**Columbus, OH  43218** | | | **Assignee or other notification for:**<br>**Professional Bureau of Coll of MD, Inc.** | | | | |
| ACCOUNT NO. **5121-0750-1102-9688**<br>**Sears/cbna**<br>**Po Box 6282**<br>**Sioux Falls, SD  57117** | | W | **Revolving Credit Card 07/08**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **4239215**<br>**Stellar Recovery**<br>**1327 Highway 2 W Ste 100**<br>**Kalispell, MT  59901-3413** | | W | **Collection Agency for Gecrb/jcp (2606) 09/11** | X | | | **1.00** |
| ACCOUNT NO.<br>**Gecrb/jcp**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | | **Assignee or other notification for:**<br>**Stellar Recovery** | | | | |
| ACCOUNT NO. **6035517934517508**<br>**Stpc/cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD  57117** | | W | **Revolving Credit Card 07/12**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO.<br>**Stpc/cbna**<br>**CITICARDS PRIVATE LABEL BANKRUPTCY**<br>**Po Box 20483**<br>**Kansas City, MO  64195** | | | **Assignee or other notification for:**<br>**Stpc/cbna** | | | | |

Sheet no. __12__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi** _____     Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **70200007021097790** <br> **Suntrust Bk Miami Na** <br> **Po Box 524203** <br> **Miami, FL  33152** | | W | **Installment Loan 05/05** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. <br> **Suntrust Bk Miami Na** <br> **ATTN: BANKRUPTCY DIVISION** <br> **Po Box 85092** <br> **Richmond, VA  23286** | | | **Assignee or other notification for:** <br> **Suntrust Bk Miami Na** | | | | |
| ACCOUNT NO. **6035320294514821** <br> **Thd/cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD  57117** | | H | **Revolving Credit Card 03/09-06/12** | | | | **830.00** |
| ACCOUNT NO. <br> **Thd/cbna** <br> **CITICORP CREDIT SERVICES/ATTN: CENTRALIZ** <br> **Po Box 20363** <br> **Kansas City, MO  64195** | | | **Assignee or other notification for:** <br> **Thd/cbna** | | | | |
| ACCOUNT NO. **6035322135803116** <br> **Thd/cbna** <br> **PO Box 6497** <br> **Sioux Falls, SD  57117-6497** | | W | **Revolving Credit Card 04/11** <br> **Acct in collection** | | | | **5,975.20** |
| ACCOUNT NO. **xxx-xx-9260 xxx-xx-4333** <br> **Transunion** <br> **PO Box 1000** <br> **Chester, PA  19022-2001** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **51895142** <br> **United Collection Bureau Inc.** <br> **5620 Southwyck Blvd Ste 206** <br> **Toledo, OH  43614-1501** | | W | **Collection Agency for Citi (7685) 06/11** | X | | | **1.00** |

Sheet no. __**13**__ of __**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page) $   <b>6,807.20</b>

Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Fort, Raynel & Fort, Yusimi**                                      Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD  57117-6241** | | | **Assignee or other notification for:**<br>**United Collection Bureau Inc.** | | | | |
| ACCOUNT NO. **7888090530**<br><br>**Wffnatbank**<br>**Po Box 94498**<br>**Las Vegas, NV  89193** | | W | **Revolving Credit Card 04/07**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO.<br><br>**Wffnatbank**<br>**4137 121st St.**<br>**Urbandale, IA  50323** | | | **Assignee or other notification for:**<br>**Wffnatbank** | | | | |
| ACCOUNT NO. **280061941**<br><br>**Wfnnb/victorias Secret**<br>**Po Box 182128**<br>**Columbus, OH  43218** | | W | **Revolving Credit Card 08/04-06/12**<br>**Acct in collection** | | | | **455.58** |
| ACCOUNT NO.<br><br>**Wfnnb/victorias Secret**<br>**ATTENTION: BANKRUPTCY**<br>**Po Box 182125**<br>**Columbus, OH  43218** | | | **Assignee or other notification for:**<br>**Wfnnb/victorias Secret** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**14**__ of __**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **456.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ **56,226.18**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Fort, Raynel & Fort, Yusimi**                                    Case No. _____
_____
                        Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>Fort, Raynel & Fort, Yusimi</u>                                    Case No. _____
                   Debtor(s)                                                        (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **A-Quality Flooring Services, Inc.**<br>**7050 W 2nd Ln**<br>**Hialeah, FL  33014** | **American Honda Finance**<br>**1235 Old Alpharetta Rd**<br>**Alpharetta, GA  30005**<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA  23285**<br><br>**Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD  57117-6241**<br><br>**Leading Edge Recovery Solutions, LLC**<br>**5440 N. Cumberland Ave., #300**<br>**Chicago, IL  60656-1490** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Fort, Raynel & Fort, Yusimi**                 Case No. _____

                  Debtor(s)                                             (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **President** | **Unemployed** |
| Name of Employer | **A-Quality Flooring Services, Inc.** | **N/A** |
| How long employed | **4 years** | |
| Address of Employer | **7050 W 2nd Ln** | |
| | **Hialeah, FL 33014** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and Social Security | $ _____ | $ _____ |
|    b. Insurance | $ _____ | $ _____ |
|    c. Union dues | $ _____ | $ _____ |
|    d. Other (specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ **0.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ **11,139.80** | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance | | |
|    (Specify) **Unemployment Comp** _____ | $ _____ | $ **1,070.33** |
| _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income | | |
|    (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **11,139.80** | $ **1,070.33** |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **11,139.80** | $ **1,070.33** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

                                       $      **12,210.13**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document: **None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Fort, Raynel & Fort, Yusimi _____ Case No. _____
Debtor(s)                                                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,029.34 |
| a. Are real estate taxes included?   Yes ✓  No ____ | |
| b. Is property insurance included?  Yes ✓  No ____ | |
| 2. Utilities: | |
| a. Electricity and heating fuel | $ 200.00 |
| b. Water and sewer | $ 59.00 |
| c. Telephone | $ |
| d. Other  **Cable TV** | $ 80.00 |
| **Cell Phone** | $ 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 550.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ |
| b. Life | $ |
| c. Health | $ |
| d. Auto | $ |
| e. Other  **HOA** | $ 19.00 |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | |
| _____ | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ |
| b. Other _____ | $ |
| _____ | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 9,151.76 |
| 17. Other  **Tolls** | $ 50.00 |
| **Personal Care** | $ 150.00 |
| _____ | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ 12,209.10

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 12,210.13 |
| b. Average monthly expenses from Line 18 above | $ 12,209.10 |
| c. Monthly net income (a. minus b.) | $ 1.03 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

**IN RE:**                                                                    Case No. _____

Fort, Raynel & Fort, Yusimi                                        Chapter **7** _____
                        Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                  $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2.  Gross Monthly Income:                                        $ _____**11,139.80**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)                    $ _____
   4.  Payroll Taxes                                                $ _____
   5.  Unemployment Taxes                                           $ _____
   6.  Worker's Compensation                                       $ _____
   7.  Other Taxes                                                  $ _____
   8.  Inventory Purchases (Including raw materials)                $ _____
   9.  Purchase of Feed/Fertilizer/Seed/Spray                      $ _____
  10.  Rent (Other than debtor's principal residence)              $ _____
  11.  Utilities                                                    $ _____**154.44**
  12.  Office Expenses and Supplies                                 $ _____**494.94**
  13.  Repairs and Maintenance                                      $ _____
  14.  Vehicle Expenses                                             $ _____**1,463.84**
  15.  Travel and Entertainment                                     $ _____**1,485.67**
  16.  Equipment Rental and Leases                                  $ _____**713.33**
  17.  Legal/Accounting/Other Professional Fees                    $ _____**275.65**
  18.  Insurance                                                    $ _____**303.34**
  19.  Employee Benefits (e.g., pension, medical, etc.)            $ _____
  20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
     Business Debts (Specify):                                    $ _____

  21.  Other (Specify):                                             $ _____**4,260.55**
     **See Continuation Sheet**

  22.  Total Monthly Expenses (Add items 3-21)                      $ _____**9,151.76**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

  23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)   $ _____**1,988.04**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Fort, Raynel & Fort, Yusimi                                    Case No. _____

Debtor(s)

**BUSINESS INCOME AND EXPENSES**
**Continuation Sheet - Page 1 of 1**

Other:

| | |
|---|---|
| **SubContractors** | **3,627.00** |
| **Purchases** | **104.30** |
| **Advertising** | **11.40** |
| **Workers Comp Ins.** | **154.00** |
| **Bank Service Charges** | **40.15** |
| **Licenses & Permits** | **95.06** |
| **Gifts** | **33.33** |
| **COntinuing Education** | **52.48** |
| **COmputer & Internet** | **13.72** |
| **Janitorial Expense** | **71.30** |
| **Parking & Tolls - S&L** | **8.11** |
| **Uniforms** | **49.70** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Fort, Raynel & Fort, Yusimi**                                            Case No. _____
_____
Debtor(s)                                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**29** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 30, 2012** _____     Signature: **/s/ Raynel Fort**
                                                        **Raynel Fort**                                    Debtor

Date: **August 30, 2012** _____     Signature: **/s/ Yusimi Fort**
                                                        **Yusimi Fort**                                (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                _____
                                                (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                                                          Case No. _____

Fort, Raynel & Fort, Yusimi                                                         Chapter **7** _____

_____ Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 76,682.00 | 2012 - Estimated Gross Income from Business YTD - (H) |
| 24,344.00 | 2011 - Joint Income Tax Return |
| 26,677.00 | 2010 - Joint Income Tax Return |

---

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 7,986.31 | 2012 - Estimated Income from Unemployment YTD - (W) |
| 9,900.00 | 2011 - Estimated Income from Unemployment - (W) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA  93065** | **3 month period** | **3,088.02** | **109,308.00** |

None ☑    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑    *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Portfolio Recovery Assn (LLC) vs**<br>**Yusimi Fort**<br>**Case No.: 12 - 03132 SP 05** | **Credit card debt** | **Miami-Dade County Court**<br>**Florida** | **Pending** |

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **American Honda Finance**<br>**1235 Old Alpharetta Rd**<br>**Alpharetta, GA  30005** | **10/2011** | **2010 Honda Accord LX** |

**6. Assignments and receiverships**

None ☑    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

☑ None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

☑ None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

☐ None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Timothy S. Kingcade** | **03/2012 to 08/2012** | **2,550.00** |
| **Kingcade & Garcia, PA** | | |
| **1370 Coral Way** | | |
| **Miami, FL  33145** | | |
| **Attorney's fees $2,000** | | |
| **Court filing fees $306** | | |
| **Office cost $44** | | |
| **Credit report cost $150** | | |
| **Budget briefing session $50** | | |

**10. Other transfers**

☑ None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑ None   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

☐ None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank Of America, N.A.** | **Business Checking Acct #8725** | **02/2012** |
| **P.O. Box 25118** | | **$0.00** |
| **Tampa, FL  33622-5118** | | |

**12. Safe deposit boxes**

☑ None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

☑ None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only




**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☐  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **329 W 41 Street**<br>**Hialeah, FL 33012** | **same** | **12/2006 to 06/2010** |

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **A-Quality Flooring Services, Inc.** | **26-2225175** | **7050 W 2nd Ln**<br>**Hialeah, FL  33014** | **Floor installation** | **03/2008 to present** |

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☑   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None
☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None
☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None
☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None
☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None
☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August 30, 2012**          Signature  ***/s/ Raynel Fort***
                                    of Debtor                                          **Raynel Fort**

Date: **August 30, 2012**          Signature  ***/s/ Yusimi Fort***
                                    of Joint Debtor                                    **Yusimi Fort**
                                    (if any)

                              _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Southern District of Florida

IN RE:

Case No. _____

**Fort, Raynel & Fort, Yusimi**
_____
Chapter **7** _____
*Debtor(s)*

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Eldorado Frn** | **Describe Property Securing Debt:**<br>**1 dining room set and 1 bedroom set** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☑ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Gecrb/rooms To Go** | **Describe Property Securing Debt:**<br>**1 living room set** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☑ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**August 30, 2012**_____     ***/s/ Raynel Fort***_____
                                        Signature of Debtor

                                        ***/s/ Yusimi Fort***_____
                                        Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                    Case No. _____

Fort, Raynel & Fort, Yusimi _____    Chapter **7** _____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **August 30, 2012** _____    Signature: ***/s/ Raynel Fort*** _____
                                                            **Raynel Fort**                                    Debtor


Date: **August 30, 2012** _____    Signature: ***/s/ Yusimi Fort*** _____
                                                            **Yusimi Fort**                              Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Allied Interstate Inc
3000 Corporate Exchange Dr
Columbus, OH  43231


American Honda Finance
1235 Old Alpharetta Rd
Alpharetta, GA  30005


AT&T Mobility
PO Box 536216
Atlanta, GA  30353-6216


Bank Of America
Po Box 982238
El Paso, TX  79998


Bank Of America
ATTENTION: RECOVERY DEPARTMENT
4161 Peidmont Pkwy.
Greensboro, NC  27410


Bank Of America, N.a.
450 American St
Simi Valley, CA  93065


Bank Of America, N.A.
NY7-501-02-07
5701 Horatio St
Utica, NY  13502-1024


Baptist Hospital of Miami
C/O Pollack & Rosen, PA
800 Douglas Rd N Tower Ste 450
Miami, FL  33166-9432
```

Baptist Hospital Of Miami
PO Box 25333
Miami, FL  33102-5333


Cach, Llc
4340 S Monaco St Unit 2
Denver, CO  80237


Cach, Llc
ATTENTION: BANKRUPTCY
4340 South Monaco St.  2nd Floor
Denver, CO  80237


Cap One
Po Box 85520
Richmond, VA  23285


Cap One
CAPITAL ONE BANK (USA) N.A.
Po Box 30285
Salt Lake City, UT  84130


Chase
Po Box 15298
Wilmington, DE  19850


Chase
PO Box 15298
Wilmington, DE  19850-5298


Child Support Enforcement
PO Box 8030
Tallahassee, FL  32314-8030

```
Citi
PO Box 6241
Sioux Falls, SD  57117-6241


David M. Greenbaum, Esq.
Racquel A. White, Esq.
140 Corporate Blvd
Norfolk, VA  23502-4952


Department Of The Treasury
PO Box 21126
Philadelphia, PA  19114-0326


Dsnb Macys
Po Box 8218
Mason, OH  45040


Eldorado Frn
Cscl Dispute Team
Des Moines, IA  50306


Eldorado Frn
BANKRUPTCY
4137 121st St
Urbandale, IA  50323


Equable Ascent Financi
1120 West  Lake Cook Rd Ste B
Buffalo Grove, IL  60089


Equifax
PO Box 740241
Atlanta, GA  30374-0241
```

```
Experian
PO Box 2002
Allen, TX  75013-2002


Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN  55438-5908


Florida Department Of Revenue
PO Box 6668
Tallahassee, FL  32314-6668


GC Services Limited Partnership
6330 Gulfton St
Houston, TX  77081-1108


Gecrb/brandsmart
Po Box 965036
Orlando, FL  32896


Gecrb/brandsmart
ATTENTION:  BANKRUPTCY
Po Box 103104
Roswell, GA  30076


Gecrb/brandsmart
PO Box 965036
Orlando, FL  32896-0001


Gecrb/jcp
Po Box 965005
Orlando, FL  32896
```

Gecrb/jcp
ATTENTION:  BANKRUPTCY
Po Box 103104
Roswell, GA  30076


Gecrb/lowes
P.o. Box 965005
Orlando, FL  32896


Gecrb/lowes
ATTENTION:  BANKRUPTCY DEPARTMENT
Po Box 103104
Roswell, GA  30076


Gecrb/lowes
Po Box 956005
Orlando, FL  32896


Gecrb/old Navy
Po Box 965005
Orlando, FL  32896


Gecrb/old Navy
ATTENTION:  GEMB
Po Box 103104
Roswell, GA  30076


Gecrb/rooms To Go
Po Box 981439
El Paso, TX  79998


Gecrb/rooms To Go
950 Forrer Blvd
Kettering, OH  45420

Gecrb/rooms To Go
ATTN: BANKRUPTCY
Po Box 103104
Roswell, GA  30076


Gecrb/whitehall
Po Box 965036
Orlando, FL  32896


Gecrb/whitehall
ATTENTION:  BANKRUPTCY
Po Box 103104
Roswell, GA  30076


Hsbc/bsbuy
Po Box 5253
Carol Stream, IL  60197


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


J.A. Cambece Law Office, P.C.
200 Cummings Center Ste 173-D
Beverly, MA  01915


Leading Edge Recovery Solutions
5440 N Cumberland Ave Ste 300
Chicago, IL  60656-1486


Leading Edge Recovery Solutions, LLC
5440 N. Cumberland Ave., #300
Chicago, IL  60656-1490

McCarthy, Burgess & Wolff
26000 Cannon Rd
Cleveland, OH  44146


Miami-Dade Transport & Recovery, Inc
10773 NW 58th St Ste 66
Miami, FL  33178


Nelnet Loans
6420 Southpoint Pkwy
Jacksonville, FL  32216


Nelnet Loans
ATTN: CLAIMS
Po Box 17460
Denver, CO  80217


Portfolio Recvry And Affil
120 Corporate Blvd Ste 1
Norfolk, VA  23502


Portfolio Recvry And Affil
ATTN: BANKRUPTCY
Po Box 41067
Norfolk, VA  23541


Professional Bureau of Coll of MD, Inc.
PO Box 628
Elk Grove, CA  95759-0628


Sears/cbna
Po Box 6282
Sioux Falls, SD  57117

Stellar Recovery
1327 Highway 2 W Ste 100
Kalispell, MT  59901-3413


Stpc/cbna
Po Box 6497
Sioux Falls, SD  57117


Stpc/cbna
CITICARDS PRIVATE LABEL BANKRUPTCY
Po Box 20483
Kansas City, MO  64195


Suntrust Bk Miami Na
Po Box 524203
Miami, FL  33152


Suntrust Bk Miami Na
ATTN: BANKRUPTCY DIVISION
Po Box 85092
Richmond, VA  23286


Thd/cbna
Po Box 6497
Sioux Falls, SD  57117


Thd/cbna
PO Box 6497
Sioux Falls, SD  57117-6497


Thd/cbna
CITICORP CREDIT SERVICES/ATTN: CENTRALIZ
Po Box 20363
Kansas City, MO  64195

```
Transunion
PO Box 1000
Chester, PA  19022-2001


United Collection Bureau Inc.
5620 Southwyck Blvd Ste 206
Toledo, OH  43614-1501


Wffnatbank
Po Box 94498
Las Vegas, NV  89193


Wffnatbank
4137 121st St.
Urbandale, IA  50323


Wfnnb/victorias Secret
Po Box 182128
Columbus, OH  43218


Wfnnb/victorias Secret
ATTENTION: BANKRUPTCY
Po Box 182125
Columbus, OH  43218
```